IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROBIN BENEDETTO,<br>　　　　　　Plaintiff,<br>　　v.<br>ANDREW SAUL, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 19-4021 |

# ORDER

**AND NOW**, this 28th day of September, 2020 upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 13); Defendant's Response to Request for Review of Plaintiff (ECF No. 14); and Plaintiff's Reply Brief (ECF No. 15), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the foregoing Memorandum;

3. **JUDGMENT IS ENTERED** in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only; and

4. The Clerk of the Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Henry S. Perkin
　　　　　　　　　　　　　　　　　　　　　　　HENRY S. PERKIN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge